**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LLOYD ALBERT PAYNE,<br><br>           Petitioner,<br><br>     v.<br><br>DALINDA HARMON,<br><br>           Respondent. | NO. CV 13-5491-JAK (AS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

        DATED: June 12, 2014.

                              _____
                                    JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE